# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-56551 |
| Leonard James Dubois, Jr. | Chapter 13 |
| Debtor. | Judge Mina Nami Khorrami |

## RESPONSE TO MOTION TO DEEM MORTGAGE CURRENT

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT ("Creditor"), by and through their undersigned counsel, hereby files this response to the Trustee's Motion to Deem Mortgage Current filed on June 22, 2022. Creditor agrees that the mortgage is current and the post-petition due date is July 1, 2022. Creditor is in the process of amending the filed response to Notice of Final Cure Payment to agree that the next post-petition payment from the Debtor is due on July 1, 2022.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Response was served **electronically** on June 28, 2022 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on June 28, 2022 addressed to:

    Leonard James Dubois, Jr., Debtor
    101 Pleasantview Drive
    Blacklick, OH 43004

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Attorney for Creditor